NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL A. NESBITT,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D17-2859
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____    )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

            Affirmed.

CRENSHAW, MORRIS, and BLACK, JJ., Concur.